UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Joy H. Marx, et al.,
    Plaintiff(s),

    v.                                   Case No. 1:02cv050
                                            (Watson, J.)

Richard Janke, et al.,
    Defendant(s).

### NOTICE

    Please take notice that the above-captioned case has been set for a settlement conference before the Honorable Michael H. Watson:

        Wednesday, December 22, 2004, at 10:00 am
        Room 740 Potter Stewart U.S. Courthouse

                Michael H. Watson
                United States District Judge


                 s/Barbara A. Crum
                Courtroom Deputy

cc:    All Counsel
bac    November 5, 2004