IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Jay H. Marx, et al., | : |
| Plaintiffs, | : Case No. 1:02cv50 |
| v. | : District Judge Michael H. Watson |
| Lt. Colonel Richard Janke, et al., | : |
| Defendants. | : |

### ORDER DISMISSING JOHN DOE DEFENDANTS

Pursuant to the September 2, 2004 Order of the Court Granting in Part and Denying in Part Motion to Dismiss the Fourth Amended Complaint (Doc. 28), the John Doe Defendants are hereby **DISMISSED**.

**IT IS SO ORDERED.**

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT