UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jay H. Marx, et al.,
    Plaintiff(s),

v.                                                                                     Case No.  1:02cv50
                                                                                       (Watson, J.)

Richard Janke, et al.,
    Defendant(s).

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Dorci Gass
**COURT REPORTER:**
**DATE:** December 8, 2004                              **TIME:** 3:00 pm – 3:23 pm

**Attorney for Plaintiff(s):** _____                **Attorney for Defendant(s):** _____

Tamara Parker                                            Rick Ganulin

### PROCEDURES

✓ Counsel Present.

✓ Schedule set ~~as follows~~.

✓ Order to issue.

J:\Barbara\Civil\Minutes\MINUTES-scheduling.wpd

- Parties need to consult with clients with regard to settlement.
- Report to the Court by 12/17/04 the status of the parties' ability to settle by telephone at 2pm