UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jay H. Marx, et al.,
    Plaintiff(s),

v.                                           Case No.  1:02cv50
                                             (Watson, J.)

Richard Janke,
    Defendant(s).

## CALENDAR ORDER

This case shall proceed as follows:

1. Telephonic Status Conference set:           December 17, 2004 at 2 p.m.

2. Parties to exchange witness list and summary:   November 30, 2005

3. Discovery deadline[1]:                      December 30, 2005

4. Dispositive motion deadline:                January 31, 2006

5. Jury Instructions:                          May 9, 2006

6. Joint final pretrial order:                 May 15, 2006

7. Final pretrial conference:                  May 18, 2006 at 9 a.m.

8. Jury Trial:                                 June 19, 2006 at 9:30 a.m.
                                               Courtroom to be determined

IT IS SO ORDERED.

December 8, 2004

Michael H. Watson
United States District Judge

---

[1] Counsel shall not presume that a pending motion stays their obligation to complete discovery by this date.