UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jay H. Marx, et al.,
    Plaintiff(s),

v.                                                                   Case No.   1:02cv50
                                                                     (Watson, J.)

Richard Janke,
    Defendant(s).

## CIVIL MINUTES
### Telephonic Status Conference

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Dorci Gass
**COURT REPORTER:**
**DATE:** December 17, 2004                **TIME:** 2:00 pm – 2:15 pm

Attorney for Plaintiff(s): _____        Attorney for Defendant(s): _____

_Tamara Parker_                              _Rick Ganulin_

                                             _Don Hardin_

## PROCEDURES

✓ Counsel Present.

✓ Comments: _Amended calendar order to follow._

✓ Order to issue.

J:\Barbara\Civil\Notices by Case Number\2002\02-050.wpd