**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Jay H. Marx, et al.,
    Plaintiff(s),

v.                                         Case No.  1:02cv50
                                           (Watson, J.)

Richard Janke,
    Defendant(s).

**CALENDAR ORDER**

Pursuant to a status conference held December 17, 2004, the calendar order issued December 8, 2004 is hereby amended as follows:

1. Paper discovery deadline for purposes of conducting a settlement conference before the Magistrate: **March 31, 2005**

2. Settlement Conference set before Magistrate Judge Hogan: **April 11, 2005, at 1:30 pm, Room 706.**

3. All other dates remain in effect as of December 8, 2004.

**IT IS SO ORDERED.**

February 2, 2005

                                          _____
                                          Michael H. Watson
                                          United States District Judge