FILED
JAMES BONINI
CLERK

2005 APR 11  PM 3:07

US DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jay H Marx, et al.,
    Plaintiff(s),

v.

Lt. Colonel Richard Janke, et al.,
    Defendant(s).

Case No.  1:02cv0050
(Watson, J.; Hogan, M.J.)

## CIVIL MINUTES
### SETTLEMENT CONFERENCE
before the
**HONORABLE TIMOTHY S. HOGAN, U.S. MAGISTRATE JUDGE**

**COURTROOM DEPUTY:** Arthur Hill
**LAW CLERK:** Karen Litkovitz
**DATE:** April 11, 2005          **TIME:** 1:30 pm

Attorney for Plaintiff(s): _____
Tamara Parker

Attorney for Defendant(s): _____
Richard Ganulin

### PROCEDURES

_X_ Counsel Present
_X_ Settlement conference held
___ Settlement conference continued to _____.
___ Court order/memorandum to follow by _____.
___ Other _____
Matter not settled.