UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JAY H. MARX, et al.** | : | Case No. 1:02CV00050 |
| | : | |
| Plaintiffs, | : | (Judge Watson) |
| | : | |
| vs. | : | |
| | : | |
| **RICHARD JANKE, et al.** | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The within matter having been fully resolved and compromised, the Complaint of Plaintiffs Catherine Austin, Carwill James, Molly Lyons, Ray Maccani, Jr, Nancy Nguyne, and Ora Wise against Defendants may be and hereby is dismissed with prejudice to future action at Defendants' costs.

/s/ Kenneth L. Lawson
**KENNETH L. LAWSON (0042468)**
*Attorney for Plaintiffs*
KENNETH L. LAWSON & ASSOCIATES
808 Elm Street
Suite 100
Cincinnati, Ohio 45202
513.345.5000
513.345.5005 – Facsimile
Kenneth@kennethlawson.com

/s/ Richard Ganulin
**RICHARD GANULIN (0025642C)**
*Assistant City Solicitor*
CITY OF CINCINNATI
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
513.352.3329
513.352.1515 – Facsimile
Richard.ganulin@Cincinnati-oh.gov

**JULIA L. McNEIL (0043535)**
City Solicitor