UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JAY H. MARX, et al.** | : | Case No. 1:02CV00050 |
| Plaintiffs, | : | |
| vs. | : | **ORDER** |
| **RICHARD JANKE, et al.** | : | |
| Defendants. | : | |

The Court having been advised by the parties that the above action has been settled;

It is ORDERED that this action is hereby dismissed with prejudice with regard to claims by Catherine Austin, Carwill James, Molly Lyons, Ray Maccani, Jr, Nancy Nguyne, and Ora Wise, provided that any of the parties may, upon good cause shown, within sixty days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for purposes of its enforcement.

SO ORDERED.

Dated: July 14, 2005

Michael H. Watson
United States District Judge