UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **JAY H. MARX, et al.** | : | Case No. 1:02CV00050 |
| | : | |
| Plaintiffs, | : | (Judge Watson) |
| | : | |
| vs. | : | |
| | : | |
| **RICHARD JANKE, et al.** | : | |
| | : | |
| Defendants. | : | |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

The Complaint of Plaintiffs Jay Marx and David Mitchell against Defendants may be and hereby is dismissed without prejudice to future action at Defendants' costs.

/s/ Kenneth L. Lawson
**KENNETH L. LAWSON (0042468)**
*Attorney for Plaintiffs*
KENNETH L. LAWSON & ASSOCIATES
808 Elm Street
Suite 100
Cincinnati, Ohio 45202
513.345.5000
513.345.5005 – Facsimile
Kenneth@kennethlawson.com

/s/ Richard Ganulin
**RICHARD GANULIN (0025642C)**
*Assistant City Solicitor*
CITY OF CINCINNATI
Room 214, City Hall
801 Plum Street
Cincinnati, Ohio 45202
513.352.3329
513.352.1515 – Facsimile
Richard.ganulin@Cincinnati-oh.gov

**JULIA L. McNEIL (0043535)**
City Solicitor