## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **JAY H. MARX, et al.** | : | Case No. 1:02CV00050 |
| Plaintiffs, | : | |
| vs. | : | **ORDER** |
| **RICHARD JANKE, et al.** | : | |
| Defendants. | : | |

The Court having been advised by the parties that the Complaint in the above-entitled action has been voluntarily dismissed by Plaintiffs Jay Marx and David Mitchell against the Defendants;

It is ORDERED that this action is hereby dismissed without prejudice with regard to claims by Jay Marx and David Mitchell.

SO ORDERED.

s/Michael H. Watson
Michael H. Watson
United States District Judge